**Michael J. FEROLA, Plaintiff–Appellant,**

v.

**DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Mr. Clark, Kitchen Supervisor; Warden Rushton; Marty Burris; Bob Anderson, Lt.; Leroy Cartledge, Associate Warden; L. Holmes, Grievance Coordinator, Defendants–Appellees.**

No. 06–7541.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 22, 2006.

Decided: Jan. 12, 2007.

Michael J. Ferola, Appellant Pro Se. James Victor McDade, Doyle, O'Rourke,

Tate & McDade, P.A., Anderson, South Carolina, for Appellees.

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Ferola appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. However, he directs this court's attention to no specific errors in the district court's reasoning. Accordingly, pursuant to 4th Cir. Local Rule 34(b), we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*